### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCAS LTD., INC., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| RICK LUCAS PLUMBING & REMODELING LLC., | : | NO. 2:24-cv-01458-JMY |
| Defendant. | : | |

## **ORDER**

AND NOW, this 23rd day of August 2024, upon consideration of Plaintiff's *Motion to Dismiss the Defendant's Counterclaim* (ECF No. 11), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED WITHOUT PREJUDICE,** with leave to file an Amended Counterclaim within twenty (20) days.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**